■ GAYLE E. HUEITT, Respondent, v CLAUDE E. HUEITT, Appellant.—Order unanimously affirmed with costs. Memorandum: We find sufficient proof in the record to establish that defendant's separate property appreciated in value due in part to plaintiff's indirect and direct contributions (see, Price v Price, 69 NY2d 8; Domestic Relations Law § 236 [B] [1] [d] [3]). Defendant has failed to show that the increase in value of the property was merely the product of inflation or other market factors (see, Alwell v Alwell, 98 AD2d 549, 551). (Appeal from order of Supreme Court, Erie County, Wolf, J.—equitable distribution.) Present—Callahan, J. P., Doerr, Denman, Pine and Davis, JJ.

■ RICHARD F. BETT, Respondent-Appellant, v CITY OF LACKAWANNA et al., Appellants-Respondents.—Judgment unanimously affirmed without costs for reasons stated in memorandum decision at Special Term, Wolf, J. (Appeals from judgment of Supreme Court, Erie County, Wolf, J.—summary judgment.) Present—Callahan, J. P., Doerr, Denman, Pine and Davis, JJ. [See, 132 Misc 2d 630.]